# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE ALFRED CHARLES-ALMAZAN (2),<br><br>Defendants. | Case No. 18CR0868-H<br><br>ORDER:<br><br>(1) GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING; AND<br><br>(2) GRANTING JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

GOOD CAUSE APPEARING and based on the joint motion of the parties (Doc. No. 25), the Court GRANTS the parties' joint motion to continue the motion hearing/trial setting date to April 23, 2018 and GRANTS the parties' joint motion to exclude time under the Speedy Trial Act.

The Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial. Furthermore, the failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation and would result in a miscarriage of justice as the Defendant is recovering from recent surgery. Additionally, pending pretrial motions are on file that requires hearing before the Court. Accordingly, the Court continues the pending

motions to the new hearing date and finds valid excludable time under the Speedy Trial Act. See United States v. Tinklenberg, 563 U.S. 647, 650 (2011).

The motion hearing/trial setting date of April 2, 2018 is vacated and continued to April 23, 2018 at 2:00 p.m. in Courtroom 15A. The defendant has filed an acknowledgment of next court date (Doc. No. 23) and is ordered to appear before the Court on April 23, 2018 at 2:00 p.m. in Courtroom 15A, absent further order of the Court.

It is further ordered that the time between the date the joint motion was filed and April 23, 2018, is excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: March 28, 2018

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE